Submitted on brief October 5, affirmed October 24, 1916.

## STATE *v.* APLIN.
### (Four Cases.)
(160 Pac. 539.)

From Marion: PERCY R. KELLY, Judge.

In Banc.     Statement PER CURIAM.

Four indictments were found against Alfred Aplin for selling intoxicating liquor without a license, and from judgments sustaining demurrers thereto, the state appeals.     AFFIRMED.

For the State there was a brief submitted over the names of *Mr. Ernest R. Ringo,* District Attorney, and *Mr. Elmo S. White,* Deputy District Attorney.

For respondent there was a brief prepared and filed by *Mr. Floyd A. Boyington.*

Opinion PER CURIAM.

These cases are, in all respects, similar to the case of the same title, *ante,* p. 621 (160 Pac. 538), in which

the opinion was this day handed down; and, upon the authority of that case, the judgment of the Circuit Court will be affirmed in each of them.    Affirmed.